1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**JOSE ESCOBEDO**,

                Plaintiff,

      v.

**NICOLE SOLANO dba CHALIO'S FRESNO, et al.**,

                Defendants.

No. 1:24-cv-00373-KES-SKO

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 30)

On May 16, 2025, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action," notifying the Court that this case is voluntarily dismissed.  (Doc. 30.)  Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  __May 23, 2025__                           _____/s/ _Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE